IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE FIRST LIBERTY INSURANCE CORPORATION,** a/s/o Rodney and Jodi Wooten,<br><br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS USA, INC.,**<br><br>Defendant. | **CIVIL ACTION**<br><br>No. 23-0591-KSM |

## ORDER

**AND NOW** this 1st day of May, 2023, upon consideration of Plaintiff's Motion to Remand (Doc. No. 8) and Defendant's opposition brief (Doc. No. 10), it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that a **telephone STATUS CONFERENCE** is scheduled for **May 17, 2023 at 10:00 a.m.**[1]  By **May 10, 2023**, counsel for the parties shall submit a joint report to the Court that includes proposed case management deadlines to govern discovery and dispositive motion practice in this action.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Chambers will circulate the dial-in information prior to the pretrial conference.